04- 485T

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Timothy W. Holt

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Richard Fuselier

Firm Name: Compensation Consultants Inc.

Post Office Box:

Street Address: 304 La Rue France, Suite 102

City-State-Zip: Lafayette, LA 70508

Telephone & Facsimile Numbers: Tel: 337 857-9094; Fax: 337 857-9096

Is the attorney of record admitted to the Court of Federal Claims Bar? No

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 2 1 2

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E

See attached sheet for three digit codes.

Amount Claimed: $ in excess of $10,000.00

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only)

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

#1