ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 19 2004
U.S. COURT OF FEDERAL CLAIMS

DOCKET #: 04-485T

JUDGE BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

By leave of the Judge

---

AMENDED COMPLAINT FOR REFUND OF DIVISIBLE TAXES
WITH MOTION FOR AN AUTOMATIC STAY

JURISDICTION

I.

The court's jurisdiction is founded on Title 28 U.S.C. § 1346(a)(1) as hereinafter appears.

II.

The statutory authority for the suit is Title 26 U.S.C. § 6331(i) as the refund claim includes divisible taxes.

VENUE

III.

The venue of the proceeding is founded on United States law Title 28 U.S.C. § 1391(a)(3).

PARTIES

IV.

The plaintiff is a United States citizen and taxpayer.

V.

The attorney in fact is a non immigrant alien to the United States acting as a fiduciary and personal representative for the taxpayer herein shown.

VI.

The defendant is the government called the United States acting under authority of the Internal Revenue Code and through the Internal Revenue Service Centers to collect taxes.

STATEMENT OF CLAIM

VII.

The plaintiff is claiming insufficiency of process by the Internal Revenue Code to protect the property rights of a taxpayer.

JUN
6

VIII.

The underlying tax claim is that the Internal Revenue Code does not tax property acquired by the right of accession and the intent of the code is to tax profit.

IX.

The United States deprives the plaintiff of this property by not staying collection actions during the pendency of this claim.

X.

The refund claim is going to be made by the taxpayer on government forms and litigating a stay of collection actions herein.

XI.

The refund claim will include, without limit by enumeration, divisible taxes.

XII.

The underlying tort claim is that the United States is taking property under authority of Title 26 without due process as protected by the 5th Amendment of the Constitution.

DEMAND FOR JUDGMENT

XIII.

The plaintiff is demanding a stay of Internal Revenue Service collection actions pending the exhaustion of his administrative and litigation remedies of a refund or credit claim.

XIV.

The plaintiff will demand other relief when cognizable.

PLEADING SPECIAL MATTERS

XV.

The plaintiff hereby adopts the attached Affidavits Of Special Matters by reference herein in support of this complaint and motion.

Wherefore the plaintiff moves for an automatic stay of Internal Revenue Service collection activities during the pendency of the refund claim.

Executed on this 13th day of April, 2004.

Timothy Holt

By

Richard Fuselier, his Attorney In Fact
304 La Rue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9092
Fax 337 857-9096

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET # 04-485T

JUDGE BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

STATEMENT OF FACTS

FACT I.

The plaintiff is claiming insufficiency of process in refund and credit proceedings filed under authority of the Internal Revenue Code.

FACT II.

The administrative record of the tort proceedings filed and to be filed with the Commissioner of Internal Revenue establishes or will establish evidence to resolve all issues of facts.

EVIDENCE

The administrative records of the Commissioner of Internal Revenue in Affidavits of Special Matters are adopted herein in support.

Executed on this 13th day of April, 2004.

Timothy W. Holt

By

Richard Fuselier, his Attorney In Fact
304 La Rue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9092
Fax 337 857-9096

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET # 04-485T

JUDGE BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

AFFIDAVIT OF SPECIAL MATTERS # 1

I, Richard Fuselier, hereby aver that I have personal knowledge that the following facts are true:

1) For that an administrative tort proceeding has been filed with the Commissioner of the Internal Revenue Service; and further,

2) For that the said tort claim was filed on or about March 17, 2004; and further,

3) For that the tort is for $250,000.00; and further,

4) For that the money is to be paid as follows:

Timothy W. Holt, Claimant and
Richard Fuselier, Attorney In Fact
304 La Rue France, Suite 102
Lafayette, La. 70508
S.S. # 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; and further,

5) For that Richard Fuselier is the personal representative for Timothy W. Holt; and further,

6) For that the intent is to join the claim for the tort herein when cognizable; and further,

7) For that the claim for relief is that the United States is taking property without due process of law as founded on and protected by Amendment V to the Constitution; and further,

8) For that RCFC 18 authorizes the joinder of the claims for torts to the refund claim proceeding; and further,

9) For that the authority for the suits for torts is Title 26 C.F.R. § 601.205; and further,

10) For that the jurisdiction for the claim for a tort founded upon the Constitution is Title 28 U.S.C. § 1491(a)(1); and further,

11) For that the plaintiff has ownership of the tort claim based on the condition precedent that a refund proceeding can be prosecuted to a conclusion; and further,

12) For that the effect of this tort is that the plaintiff is being denied the fruit of the plaintiff's labor; and further,

13) For that the plaintiff is also being denied, including without limitation by enumeration, divisible taxes; and further,

14) For that the plaintiff is being denied the Constitutional right to due process for the taking of property as founded in said Amendment V; and further,

15) For that a Form 26, Notice Concerning Fiduciary Relationship, has been filed therein in support of a claim of attorney in fact for the purpose of litigating a refund or credit claim; and further,

16) For that the evidence of said facts are in the collateral administrative tort claim.

I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of April, 2004.

By ______________________

Richard Fuselier, Attorney In Fact for
Timothly W. Holt
304 La Rue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9092
Fax 337 857-9096

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET # 04-485T

JUDGE BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

AFFIDAVIT OF SPECIAL MATTERS # 2

I, Richard Fuselier, hereby aver that I have personal knowledge that the following facts are true:

1) For that an Internal Revenue Service collection proceeding exists; and further,

2) For that a levy exists in the said collection action; and further,

3) For that the collection action is for the tax year 1999 for the taxpayer

Timothly W. Holt
P.O. Box 18094
Raytown, MO 64133
SS# 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; and further,

4) For that an amended claim will be made on a United States Income Tax Return, Form 1040 for a refund including divisible taxes, which return will be filed after filing for the automatic stay; and further,

5) For that the underlying claim is a deduction without a time limit which results in no tax liability; and further,

6) For that the due process for the first claim is a mandatory deduction founded upon Title 26 U.S.C. § 212 or Title 26 U.S.C. § 6402(k); and further,

7) For that due process for said claim is a mandatory deduction or an explanation for reason for its disallowance within a six (6) month period of filing; and further,

8) For that the plaintiff is denied said due process by ongoing collection actions authorized by United States law; and further,

9) For that the said denial results in loss of the fruit of the plaintiff's labor; and further,

10) For that the existing determination for said tax liability will be excessive due to said refund claim; and further,

11) For that the plaintiff has ownership of the claim based on the loss of property, including without limitation by enumeration, divisible taxes; and further,

12) For that the due process being denied is a stay pending final determination on the refund proceedings; and further,

13) For that the underlying tort claim is for taking of this said property without said due process as a violation of the plaintiff's Fifth Amendment right as founded in the Constitution; and further,

14) For that an administrative tort proceeding has been filed with the Commissioner of Internal Revenue for $250,000.00; and further,

15) For that the additional effect of this claim is that a tort proceeding will be filed in the Common Law Court of the United States of America; and further,

16) For that the plaintiff intends to use foreign law to supplement the tort proceeding and this is notice required by RCFC Rule 44.1; and further,

17) For that the jurisdiction of the United States Court of Federal Claims is being invoked to stay the Internal Revenue Service collection process during the pendency of the refund claim; and further,

18) For that the evidence of said facts are the collateral administrative tort claim.

I further declare under a penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of April, 2004.

By

Richard Fuselier, Attorney In Fact
For Timothy W. Holt
304 La Rue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9092
Fax 337 857-9096

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET # 04-485T

JUDGE BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

AFFIDAVIT OF SPECIAL MATTERS # 3

I, Richard Fuselier, hereby aver that I have personal knowledge that the following facts are true:

1) For that a collection proceeding exists with the State of Missouri; and further,

2) For that the state is an agent of the United States; and further,

3) For that the state is acting under authority of the Internal Revenue Code; and further,

4) For that a levy exists in the said collection action; and further,

5) For that the claim is for the tax year 1999 for the taxpayer Timothy W. Holt; and further,

6) For that an amended claim will be made on a State of Missouri Tax Return for a refund including divisible taxes, which return will be filed after litigating the federal claim; and further,

7) For that the underlying claim is a deduction without a time limit which results in no tax liability; and further,

8) For that the due process for the first claim is a mandatory deduction founded upon Title 26 U.S.C. § 212 or Title 26 U.S.C. § 6402(k); and further,

9) For that due process for said claim is a mandatory deduction or an explanation for reason for its disallowance within a six (6) month period of filing; and further;

10) For that the plaintiff is denied said due process by ongoing collection actions authorized by United States law; and further,

11) For that the said denial results in loss of the fruit of the plaintiff's labor; and further,

12) For that the existing determination for said tax liability will be excessive due to said refund claim; and further,

13) For that the plaintiff has ownership of the claim based on the loss of property, including without limitation by enumeration, divisible taxes; and further,

14) For that the due process being denied is a stay pending final determination on the mandatory deduction; and further,

15) For that the underlying tort claim is for taking of this said property without said due process as a violation of the plaintiff's Fifth Amendment right as founded in the Constitution; and further,

16) For that an administrative tort proceeding has been filed with the Commissioner of Internal Revenue; and further,

17) For that the additional effect of this claim is that a tort proceeding has been filed in the Common Law Court of the United States of America; and further,

18) For that the plaintiff intends to use foreign law to supplement the tort proceeding and this is notice required by RCFC Rule 44.1; and further,

19) For that the jurisdiction of the United States Court of Federal Claims is being invoked to stay the Internal Revenue Service collection process during the pendency of the credit claim; and further,

20) For that the evidence of said facts are the collateral administrative tort claim.

I further declare under a penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of April, 2004.

By

Richard Fuselier, Attorney In Fact
For Timothy W. Holt
304 La Rue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9092
Fax 337 857-9096

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 04-485T

JUDGE BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

AFFIDAVIT OF SPECIAL MATTERS # 4

I, Richard Fuselier, hereby aver that I have personal knowledge that the following facts are true:

1) For that an Internal Revenue Service collection proceeding has been filed; and further,

2) For that an administrative summon exists in the said collection action; and further,

3) For that the collection action is for the tax year 1999 for the taxpayer

Timothly W. Holt
P.O. Box 18094
Raytown, MO 64133
SS# 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; and further,

4) For that the agent Rebecca B. Haynie #72-13046 intends to notify this client that the refund action is erroneous; and further,

5) For that the administrative tort claim has been amended to make a claim of an omission under Title 26 U.S.C. § 6402(k); and further,

6) For that the due process for the claim is a mandatory deduction founded upon Title 26 U.S.C. § 212 or Title 26 U.S.C. § 6402(k); and further,

7) For that due process for said claim is a mandatory deduction or an explanation for reason for its disallowance within a six (6) month period of filing; and further,

8) For that the plaintiff is being denied said due process by said ongoing collection action authorized by United States law; and further,

9) For that the said denial results in loss of the fruit of the plaintiff's labor; and further,

10) For that the plaintiff has ownership of the claim based on the loss of property, including without limitation by enumeration, divisible taxes; and further,

11) For that the due process being denied is a stay pending final determination on the refund proceedings; and further,

12) For that the underlying tort claim is for taking of this said property without said due process as a violation of the plaintiff's Fifth Amendment right as founded in the Constitution; and further,

13) For that an administrative tort proceeding has been filed with the Commissioner of Internal Revenue for $250,000.00; and further,

14) For that the additional effect of this claim is that a tort proceeding will be filed in the Common Law Court of the United States of America; and further,

15) For that the plaintiff intends to use foreign law to supplement the tort proceeding and this is notice required by RCFC Rule 44.1; and further,

16) For that the jurisdiction of the United States Court of Federal Claims is being invoked to stay the Internal Revenue Service collection process during the pendency of the refund claim; and further,

17) For that the evidence of said facts are the collateral administrative tort claim; and further,

18) For that the tort claim was joined with an amended claim for a refund; and further,

19) For that the amended claim for a refund is hereto joined herein; and further,

20) For that the service address for a stay of collection proceedings is:

Rebecca B. Haynie, Internal Revenue Agent
Internal Revenue Service
2600 CitiPlace Ct., Suite 375
Baton Rouge, La. 70808-2712.

I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By

Richard Fuselier, Attorney In Fact
for Timothy W. Holt
304 La Rue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9092
Fax 337 857-9096

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 04-485T

JUDGE BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

AFFIDAVIT OF SPECIAL MATTERS # 5

I, Richard Fuselier, hereby aver that I have personal knowledge that the following facts are true:

1) For that an amended refund proceeding has been filed with the Commissioner of Internal Revenue on or about April 5, 2003; and further,

2) For that the claim has been filed to exhaust administrative remedies; and further,

3) For that the said refund action is for the tax year 1999 for the taxpayer

Timothy W. Holt
P.O. Box 18094
Raytown, MO 64133
SS# 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; and further,

4) For that the refund is $18,665.00 to be paid to

Timothy W. Holt
%Richard Ortt his Attorney In Fact For Tax Issues
304 La Rue France, Suite 102
Lafayette, La. 70508; and further,

5) For that the administrative refund has been amended to make an alternative claim of due process under Title 26 U.S.C. § 6402(k); and further,

6) For that the due process for the claim is a mandatory deduction founded upon Title 26 U.S.C. § 212 or Title 26 U.S.C. § 6402(k); and further,

7) For that due process for said claim is a mandatory deduction or an explanation for reason for its disallowance within a six (6) month period of filing; and further,

8) For that the plaintiff is being denied said due process by this ongoing collection action authorized by United States law; and further,

9) For that the said denial results in loss of the fruit of the plaintiff's labor; and further,

10) For that the plaintiff has ownership of the claim based on the loss of property, including without limitation by enumeration, divisible taxes; and further,

11) For that the due process being denied is an explanation for reason for the disallowance; and further,

12) For that the underlying tort claim is for taking of this said property without said due process as a violation of the plaintiff's Fifth Amendment right as founded in the Constitution; and further,

13) For that an administrative tort proceeding has been filed with the Commissioner of Internal Revenue for $250,000.00; and further,

14) For that the additional effect of this claim is that a tort proceeding will be filed in the Common Law Court of the United States of America; and further,

15) For that the plaintiff intends to use foreign law to supplement the tort proceeding and this is notice required by RCFC Rule 44.1; and further,

16) For that the jurisdiction of the United States Court of Federal Claims is being invoked to stay the Internal Revenue Service collection process during the pendency of the refund claim; and further,

17) For that the evidence of said facts are found in the collateral tort proceeding; and further,

18) For that the tort claim was joined with an amended claim for a refund; and further,

19) For that the amended claim for a refund is hereto attached.

I further declare under a penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of April, 2004,

By

Richard Fuselier, Attorney In Fact
for Timothy W. Holt
304 La Rue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9092
Fax 337 857-9096

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

| | |
|---|---|
| 1. Submit To Appropriate Federal Agency:<br>Commissioner of Internal Revenue<br>% IRS Claims Manager<br>General Legal Service<br>950 L'Enfante Plaza, SQ<br>Washington, D.C. 20024 | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.) (Number, street, city, State and Zip Code)*<br>Timothy W. Holt/Claimant<br>Richard Fussier/Representative<br>304 La Rue France, Suite 102<br>Lafayette, La. 70508 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | 2/20/60 | Single | None | None |

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

See attached Affidavit

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

None

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

None

11. **WITNESSES**

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| None | None |

12. *(See instructions on reverse)* **AMOUNT OF CLAIM** *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| $250,000.00 | None | None | $250,000.00 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM**

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| | (337) 857-9092 | 4/5/2003 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |

95-109
*Previous editions not usable.*

*NSN 7540-00-634-4046*

*STANDARD FORM 95 (Rev. 7-85)*
*PRESCRIBED BY DEPT. OF JUSTICE*
*28 CFR 14.2*

This form was electronically produced by National Production Services Staff

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose*: The information requested is to be used in evaluating claims.

C. *Routine Use*: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond*: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

**Complete all items - Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to

Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. ☑ No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?
None

17. If deduction, state amount
None

18. If claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (*It is necessary that you ascertain these facts*)
None

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) ☑ No

## AFFIDAVIT FOR PROPERTY DAMAGE

My name is Richard Fuselier. I am over 18 years of age, of sound mind, have not been convicted of any crime or offense which would render me incompetent to testify. I have personal knowledge that the following facts are true:

1) For that the intent of this document is to supplement SF 95 for a tort claim for damages against the United States and join this claim to a prior claim; and further,

2) For that the basis for damages is that the United States acting under authority of the Internal Revenue laws has denied due process to protect the property of the claimant; and further,

3) For that the claimant herein is:

Timothy W. Holt
S.S. 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
% Compensation Consultants Inc.
304 La Rue France, Suite 102
Lafayette, Louisiana 70508; and further,

4) For that the damages for a violation of a constitutional right to due process is the sum certain of $250,000.00; and further,

5) For that the agent caused to be prepared and the taxpayer filed a claim for a refund or credit for the year 1999; and further,

6) For that due process for this claim is a refund or credit or an explanation of reason for the refund disallowance founded on Title 26 U.S.C. § 6402(k); and further,

7) For that the claimant is being denied this due process by Rebecca B. Haynie, #72-13046, acting under authority of United States law Title 26; and further,

8) For that the property the claimant is being denied are the fruits of the claimants labor in the form of either a refund or credit; and further,

9) For that the right to trial by jury as declared by the 7th Amendment is being claimed herein and this is notice of that fact; and further,

10) For that this action is to be joined at common plea; and further,

11) For that the evidence of the refund and omission claimed will be a Form 4564 and

L3164 N(DO) which was caused to be generated by said agent; and further,

12) For that the evidence is to be entered into this tort proceeding pursuant to the mandates of Title 28 C.F.R. § 14.4(b)(6) and under United States Claims Court Rule 45 and 44(a)(1) as evidence of the responsibility of the United States for the tort.

Under the penalties of perjury, I declare that I examined the facts stated in this affidavit, including the accompanying documents, and, to the best of my knowledge and belief, they are true and correct.

Executed on the 5th day of April, 2004.

Richard Fuselier
304 La Rue France, Suite 102
Lafayette, LA 70508

Form **56** (Rev. April 2002) Department of the Treasury Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| Timothy W. Holt | 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 | |

Address of person for whom you are acting (number, street, and room or suite no.)
P.O. Box 18094

City or town, state, and ZIP code (if a foreign address, see instructions.)
Raytown, MO 64133

Fiduciary's name
Richard Ortt

Address of fiduciary (number, street, and room or suite no.)
304 La Rue France, Suite 206

City or town, state, and ZIP code
Lafayette, LA 70508

Telephone number (optional)
( 337 ) 234-1220

## Part II Authority

1 Authority for fiduciary relationship. Check applicable box:

- a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . . (2) Date of death
- b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . (2) Date (see instructions)
- c ☐ Valid trust instrument and amendments
- d ☑ Other. Describe ▶ Contract

## Part III Tax Notices

Send to the fiduciary listed in Part I all notices and other written communications involving the following tax matters:

2 Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ Income Tax

3 Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ 1040, 1040X

4 Year(s) or period(s) (if estate tax, date of death) ▶ 1999, 2000, 2001, 2002

## Part IV Revocation or Termination of Notice

### Section A—Total Revocation or Termination

5 Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

- a ☐ Court order revoking fiduciary authority
- b ☐ Certificate of dissolution or termination of a business entity
- c ☐ Other. Describe ▶

### Section B—Partial Revocation

6a Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐

b Specify to whom granted, date, and address, including ZIP code.
▶

### Section C—Substitute Fiduciary

7 Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary(ies) and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . ▶ ☐

## Part V Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated |
|---|---|---|---|
| Address of court | | | Docket number of proceeding |
| City or town, state, and ZIP code | Date | Time a.m. p.m. | Place of other proceedings |

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

| ▶ Richard J Ortt | Personal Representative | 04-02-04 |
|---|---|---|
| Fiduciary's signature | Title, if applicable | Date |
| ▶ | | |
| Fiduciary's signature | Title, if applicable | Date |

Form **1040X** (Rev. November 1999)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 1999 , OR fiscal year ended ▶

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Timothy W | Holt | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: P.O. Box 18094 | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.: Raytown MO 64133 | | For Paperwork Reduction Act Notice, see instructions. |

Please print or type

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has original return been changed or audited by the IRS or have you been notified that it will be? ☒ Yes ☐ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household * ☐ Qualifying widow(er)

*If the qualifying person is a child but not your dependent, see instructions.

USE PART II ON PAGE 2 TO EXPLAIN ANY CHANGES

| Income and Deductions (see instructions) | Line | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see instructions) | 1 | 246,765 | 0 | 246,765 |
| 2 Itemized deductions or standard deduction (see instructions) | 2 | 23,445 | 223,265 | 246,710 |
| 3 Subtract line 2 from line 1 | 3 | 223,320 | -223,265 | 55 |
| 4 Exemptions. If changing, fill in Parts I and II on page 2 | 4 | 55 | 0 | 55 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 223,265 | -223,265 | 0 |
| **Tax Liability** | | | | |
| 6 Tax (see instructions). Method used in col. C Tables | 6 | 68,642 | -68,642 | 0 |
| 7 Credits (see instructions) | 7 | 0 | 0 | 0 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 68,642 | -68,642 | 0 |
| 9 Other taxes (see instructions) | 9 | 15,958 | -15,958 | 0 |
| 10 Total tax. Add lines 8 and 9 | 10 | 84,600 | -84,600 | 0 |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and RRTA taxes withheld. If changing, see instructions | 11 | 13,687 | 4,978 | 18,665 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0 | 0 |
| 13 Earned income credit | 13 | 0 | 0 | 0 |
| 14 Additional child tax credit from Form 8812 | 14 | 0 | 0 | 0 |
| 15 Credits from Form 4136 or Form 2439 | 15 | 0 | 0 | 0 |
| 16 Amount paid with request for extension of time to file (see instructions) | 16 | | | 0 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 0 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 18,665 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 0 |
| 20 Subtract line 19 from line 18 (see instructions) | 20 | | | 18,665 |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see instructions | 21 | | | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 18,665 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | | | 18,665 |
| 24 Amount of line 22 you want APPLIED TO YOUR 2000 ESTIMATED TAX | 24 | 0 | | |

**Sign Here** — Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Timothy W. Holt by Richard Ortt, Attorney In Fact

Your signature | Date | ▶ Spouse's signature. If a joint return, BOTH must sign. | Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Richard Ortt | Date 04-02-04 | Check if self-employed ☐ | Preparer's SSN or PTIN 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

Firm's name (or yours if self-employed) and address ▶ Compensation Consultants Inc, 304 LaRueFrance #206 Lafayette LA | EIN | ZIP code 70508

Form 1040X (Rev. 11-99) Timothy W Holt 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 Page 2

**Part I Exemptions. See Form 1040, Form 1040A instructions.**

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25–31.
If claiming fewer exemptions, complete lines 25–30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 Yourself and spouse. Caution: If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | 0 | |
| 26 Your dependent children who lived with you | 26 | | 0 | |
| 27 Your dependent children who did not live with you due to divorce or separation | 27 | | 0 | |
| 28 Other dependents | 28 | | 0 | |
| 29 Total number of exemptions. Add lines 25 through 28 | 29 | 0 | 0 | 0 |
| 30 Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | 0 | 0 | 0 |

| Tax year | Exemption amount | But see the instructions for line 4 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First name Last name | (b) Dependent's social security number. If born in the tax year you are amending, see instructions | (c) Dependent's relationship to you | (d) check if qualifying child for child tax credit (see instructions) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see instructions) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from page 1 of this form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here ▶ ☐

For explanation of line item changes see supplemental page entitled:
Statement: 1999 - Form 1040X - Part II - Explanation Of Changes To Income, Deductions, And Credits
For explanation of other changes see 1999 Schedule A (Form 1040) - Itemized Deductions labeled Amended Return and Form 8275 - Disclosure Statement labeled Amended Return.

**Part III Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.**

If you did not previously want $3 to go to the fund, but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

KIA

# Statement

## 1999 - Form 1040X - Part II
## Explanation Of Changes To Income, Deductions, And Credits.

For: Timothy W. Holt
Social Security No: 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

Line 2: The increase of $223,265.00 to Itemized Deductions or Standard Deduction is the sum of $246,710.00 claimed as Itemized Deductions minus $23,445.00 adjusted as Itemized Deductions by the IRS. See 1999 - Schedule A (Form 1040) labeled Amended Return, Form 8275 - Disclosure Statement labeled Amended Return, and copy of taxpayer's Plain Language/Literal Income Tax Account Transcript dated 11-05-2001.

Line 6: The decrease of $68,642.00 to Tax is the sum of $0.00 assessed for $0.00 Taxable Income minus $68,642.00 adjusted as Tax for 223,265.00 Taxable Income by the IRS. See copy of taxpayer's Plain Language/Literal Income Tax Account Transcript dated 11-05-2001.

Line 9: The decrease of $15,958.00 to Other Taxes is the sum of $0.00 assessed for Other Taxes minus $15,958.00 adjusted as Other Taxes by the IRS. See copies of taxpayer's Plain Language/Literal Income Tax Account Transcript dated 11-05-2001 and Letter 2050 entitled: "Please Call Us About Your Overdue Taxes . . ." with Account Summary page dated Mar. 30, 2002.

Line 11: The increase of $4,978.00 to Federal Income Withheld is the sum of $13,688.00 withheld as Income Tax plus $4,033.00 withheld as Social Security Tax plus $944.00 withheld as Medicare Tax minus $13,687.00 adjusted as Credit From Withheld Income Taxes by the IRS. See copies of taxpayer's 1999 - Form(s) W-2 - Wage And Tax Statements and Plain Language/Literal Income Tax Account Transcript dated 11-05-2001.

DATE REQUESTED 11-05-2001 PRI DA 11-05-2001

FORM NUMBER: 1040 TAX PERIOD: DEC 1999

TAXPAYER IDENTIFICATION NUMBER: 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

TIMOTHY W HOLT
PO BOX 18894
RAYTOWN MO 64133-0494-943 BODC-WI BODCLC-

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 60,193.42
ACCRUED INTEREST: 4,715.11 AS OF 10-29-2001
ACCRUED PENALTY: 5,495.50 AS OF 10-29-2001

ACCOUNT BALANCE
PLUS ACCRUALS: 70,404.03

** EXEMPTIONS: 01 **FILING STATUS: SINGLE
** ADJUSTED GROSS INCOME: 246,765.00
** TAXABLE INCOME: 223,265.00
TAX PER RETURN: 68,642.00

** PER RETURN OR AS ADJUSTED

10-22-2000 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-20-2000 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED | 11-20-2000 | 68,642.00 |
| 806 | CREDIT FROM WITHHELD TAXES & EXCESS FICA | 10-22-2000 | 13,687.00- |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 08-15-2000 | 04-15-2000 | |
| 460 | EXTENSION OF TIME TO FILE<br>EXT. DATE 10-15-2000 | 04-15-2000 | |
| 276 | FAILURE TO PAY TAX PENALTY<br>200045 | 11-20-2000 | 2,198.20 |
| 196 | INTEREST ASSESSED<br>200045 | 11-20-2000 | 3,040.22 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE | 01-20-2001 | |
| 960 | RECEIVED POA/TIA | 03-14-2001 | |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE | 04-23-2001 | |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>LEVY NOTICE ISSUED | 04-10-2001 | |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>RETURN RECEIPT SIGNED | 04-12-2001 | |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE | 04-06-2001 | |
| 977 | AMENDED RETURN FILED | 04-06-2001 | 0.00 |

*****************************CONTINUED ON NEXT PAGE*****************************

| | | | |
|---|---|---|---|
| 520 | [illegible] | 04-23-2001 | |
| 550 | [illegible] PENDING | 05-18-2001 | |
| 290 | [illegible] | 10-29-2001 | 0.00 |

Department of the Treasury
Internal Revenue Service
INTERNAL REVENUE SERVICE - ACS
P.O. BOX 24017
FRESNO, CA 93779

Date:
MAR. 30, 2002

Taxpayer Identifying Number:
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 F 04

Caller ID: 278884

Contact Telephone Number:

TOLL FREE: 1-800-829-7650
MON-FRI: 8:00AM-8:00PM

TIMOTHY W HOLT
PO BOX 18094
RAYTOWN MO 64133-0494943

## Please Call Us About Your Overdue Taxes or Tax Returns

We have no record that you responded to our previous notices. As a result, your account has been assigned to this office for enforcement action, which could include seizing your wages or property. It's important that we hear from you within 10 days from the date of this letter.

IF YOU AREN'T ABLE TO PAY YOUR OVERDUE AMOUNT IN FULL, please call the telephone number listed above. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

IF YOU CAN FILE YOUR RETURN WITH FULL PAYMENT, mail it to reach us within 10 days from the date of this letter. IF YOU CAN'T FILE YOUR RETURN WITHIN 10 DAYS, please call one of the telephone numbers listed above. To help us determine if you need to file, be ready to provide us with your filing information. For an individual return, this should include your income, filing status, and total federal taxes withheld. For a business return, this should include wages paid, number of employees, and FTDs made for payroll.

IF YOU WOULD LIKE SOMEONE ELSE to call us for you, we must have a signed statement from you allowing us to disclose your tax information to this person. You should make your statement on Form 2848, Power of Attorney and Declaration of Representative, which you can get from any IRS office. You must send us a copy of the completed form before your representative calls.

Susan Meredith

Operations Manager, Automated Collection System

Enclosures:
Copy of this letter
Envelope

[redacted]

*497461979103*

If you want a detailed explanation of the statutory additions (penalties and interest), please call the telephone number shown on the front of this letter.

| Account Summary | | TIMOTHY W HOLT | | 4[illegible]-66-1979 |
|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Statutory Additions | Total |
| CIVPEN | 12-31-1999 | $ 500.00 | $ 8.87 | $ 508.87 |
| | | | Total Amount Due | $ 508.87 |

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| | | |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable & you fail to report it.

**Copy C For EMPLOYEE'S RECORDS (See Notice to Employee)** OMB No. 1545-0008

| Field | Value |
|---|---|
| a Control number | 6 |
| b Employer ID number | 44-0578811 |
| 1 Wages, tips, other comp. | 43565.11 |
| 2 Federal income tax withheld | 9477.00 |
| 3 Social security wages | 43565.11 |
| 4 Social security tax withheld | 2701.03 |
| 5 Medicare wages and tips | 43565.11 |
| 6 Medicare tax withheld | 631.76 |
| c Employer's name, address, and ZIP code | Smith Brothers Ready Mixed Concrete Co<br>6423 Railroad Street<br>Raytown, MO 64133<br>CONT:VERNA MILLER 816-356-1091 |
| d Employee's social security number | 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 |
| e Employee's name, address, and ZIP code | TIMOTHY HOLT<br>P.O. BOX 18094<br>RAYTOWN, MO 64133 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 Benefits included in box 1 | |
| 13 See instrs. for box 13 | |
| 14 Other | |
| 15 Statutory employee / Deceased / Pension plan / Legal rep. / Deferred comp. | |
| 16 State / Empl'r.'s state I.D. # | MO 10368973 |
| 17 State wages, tips, etc. | 43565.11 |
| 18 State income tax | 1698.00 |
| 19 Locality name | |
| 20 Local wages, tips, etc. | |
| 21 Local income tax | |

Form W-2 Wage and Tax Statement — Dept. of the Treasury – IRS 38-1908847

**Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return** 1999

| Field | Value |
|---|---|
| a Control number | 6 |
| b Employer ID number | 44-0578811 |
| 1 Wages, tips, other comp. | 43565.11 |
| 2 Federal income tax withheld | 9477.00 |
| 3 Social security wages | 43565.11 |
| 4 Social security tax withheld | 2701.03 |
| 5 Medicare wages and tips | 43565.11 |
| 6 Medicare tax withheld | 631.76 |
| c Employer's name, address, and ZIP code | Smith Brothers Ready Mixed Concrete Co<br>6423 Railroad Street<br>Raytown, MO 64133<br>CONT:VERNA MILLER 816-356-1091 |
| d Employee's social security number | 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 |
| e Employee's name, address, and ZIP code | TIMOTHY HOLT<br>P.O. BOX 18094<br>RAYTOWN, MO 64133 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 Benefits included in box 1 | |
| 13 See instrs. for box 13 | |
| 14 Other | |
| 15 Statutory employee / Deceased / Pension plan / Legal rep. / Deferred comp. | |
| 16 State / Empl'r.'s state I.D. # | MO 10368973 |
| 17 State wages, tips, etc. | 43565.11 |
| 18 State income tax | 1698.00 |
| 19 Locality name | |
| 20 Local wages, tips, etc. | |
| 21 Local income tax | |

Form W-2 Wage and Tax Statement — Dept. of the Treasury – IRS 38-1908847

9 BW24UP NTF 21135 5249

[redacted]

OMB No. 1545-0008

| Field | Value |
|---|---|
| a Control number | 0400 |
| b Employer's identification number | 58-1290226 |
| c Employer's name, address, and ZIP code | KANSAS CITY SALARY<br>1400 W. 64TH AVENUE<br>P.O. BOX 21588<br>DENVER CO 80221-0588 |
| d Employee's social security number | 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 |
| e Employee's name, address, and ZIP code | TIMOTHY H. HOLT<br>P.O. BOX 18094<br>[illegible] |
| 1 Wages, tips, other compensation | 21491.56 |
| 2 Federal income tax withheld | 4210.97 |
| 3 Social security wages | 21491.56 |
| 4 Social security tax withheld | 1332.48 |
| 5 Medicare wages and tips | 21491.56 |
| 6 Medicare tax withheld | 311.63 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12 Benefits included in Box 1 | |
| 13 See Instrs. for Box 13 | C 8.36 |
| 14 Other | [illegible] |
| 15 Statutory employee / Deceased / Pension plan / Legal rep. / Deferred compensation | [illegible] |
| 16 State / Employer's state I.D. No. | MO 15041760 |
| 17 State wages, tips, etc. | 21491.56 |
| 18 State income tax | 909.00 |
| 19 Locality name | |
| 20 Local wages, tips, etc. | |
| 21 Local income tax | |

W-2 Wage and Tax Statement 1999 — Department of the Treasury—Internal Revenue Service

AMENDED RETURN

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

OMB No. 1545-0074

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

Name(s) shown on Form 1040: Timothy W Holt

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

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 0 | | |
| | 2 | Enter amount from Form 1040, line 34. [2] 246,765 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 18,507 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0 |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 2,607 | | |
| | 6 | Real estate taxes (see instructions) | 6 | 0 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | 0 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 2,607 |
| **Interest You Paid** (See instructions.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 0 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | 0 | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | 0 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instructions.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 0 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 24,443 | | |
| If you made a gift and got a benefit for it, see instructions. | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You MUST attach Form 8283 if over $500 | 16 | 0 | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 24,443 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See instructions.)▶ | 20 | 0 | | |
| (See instructions for expenses to deduct here.) | 21 | Tax preparation fees | 21 | | | |
| | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 | 0 | | |
| | 23 | Add lines 20 through 22 | 23 | 0 | | |
| | 24 | Enter amount from Form 1040, line 34 . [24] 246,765 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 4,935 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 |
| **Other Miscellaneous Deductions** | 27 | Other—from list in the instructions. List type and amount ▶ $223,265 A necessary expense for the production of income founded on Title 26, USC, section 212. See Form 8275. | | | 27 | 223,265 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☐ NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the larger of this amount or your standard deduction. ☒ YES. Your deduction may be limited. See instructions for the amount to enter. ▶ | | | 28 | 246,710 |

AMENDED RETURN

Form **8275** (Rev. May 2001)
Department of the Treasury Internal Revenue Service

# Disclosure Statement

**Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.**
**See separate instructions.**
▶ **Attach to your tax return.**

OMB No. 1545-0889
Attachment Sequence No. **92**

Name(s) shown on return: **Timothy W. Holt** **(Tax Year Ending 12-31-1998)**
Identifying number shown on return: **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**

**General Information** (see instructions)

| (a) Rev. Rul., Rev. Proc., etc. | (b) Item or Group of Items | (c) Detailed Description of Items | (d) Form or Schedule | (e) Line No. | (f) Amount |
|---|---|---|---|---|---|
| 1 26 USC, sec. 212 (1) | Deduction | A necessary expense for the production of income | 1040 Sch A | 27 | $246,710.00 |
| 2 | | | | | |
| 3 | | | | | |

**Detailed Explanation** (see instructions)

1 The law for this claim and the deduction are founded on Title 26, United States Code, section 212(1).

"In the case of an individual there shall be allowed as a deduction all the ordinary and necessary expenses . . . incurred during the taxable year - (1) for the production . . . of income;"

2

3

**Information About Pass-Through Entity.** To be completed by partners, shareholders, beneficiaries, or residual interest holders.

**Complete this part only if you are making adequate disclosure for a pass-through item.**

**Note:** *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).*

1 Name, address, and ZIP code of pass-through entity

2 Identifying number of pass-through entity

3 Tax year of pass-through entity / / to / /

4 Internal Revenue Service Center where the pass-through entity filed its return

AMENDED
RETURN



**Part III Explanations** *(continued from Parts I and/or II)*

**Contined from Part II, Item 1:**

**The election to itemize on a 1040 Form is founded on Title 26, United States Code, section 63 (e)(2).**

**The claim for relief is that the money was acquired by the right of accession and is a necessary expense for the production of the income reported herein.**

**The claim is founded upon a deduction as an adjustment to gross income. The law is Section 23, Chapter 1 of the Internal Revenue Code of 1939. Title 26, United States Code, sections 1016 (a)(2)(A), 1341 (a)(5)(B), 7807 (b)(1), 7851 (a) and 7852 (b) authorize the use of Section 23 of the Internal Revenue Code of 1939.**

**Title 26, United States Code, section 1016 (a)(2)(A) allows adjustment to the basis by prior tax laws. The basis is gross income and the adjustment claimed as a "necessary expense for the production of income" are defined in Subtitle A, Chapter 1, Subchapter B, Part II, Sec. 23 (a)(1) of the Internal Revenue Code of 1939. The election is taken from this section as " . . . other compensation for personal services actually rendered;". Section 25 (a)(4)(B) allows the individual to claim the deductions under Section 23.**

Timothy W. Holt 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



### Standard Deduction

Most people can find their standard deduction by looking at the instructions to the left of line 36 of Form 1040. But if you checked any box on line 35a OR you (or your spouse if filing jointly) can be claimed as a dependent, use the chart or worksheet on page 30 that applies to you to figure your standard deduction. Also, if you checked the box on line 35b, your standard deduction is zero, even if you were age 65 or older or blind.

### Electing To Itemize for State Tax or Other Purposes

If you itemize even though your itemized deductions are less than your standard deduction, enter "IE" next to line 36.

## Line 39

### Taxable Income

#### If You Want, the IRS Will Figure Your Tax and Some of Your Credits

**Tax.** If you have paid too much, we will send you a refund. If you did not pay enough, we will send you a bill. For details, including who is eligible and what to do, see Pub. 967.

**Credit for the Elderly or the Disabled.** If you can take this credit and you want us to figure it for you, see the Instructions for Schedule R.

**Earned Income Credit (EIC).** Follow the steps that begin on page 38 to see if you can take this credit and, if you can, what to do if you want us to figure it for you.

## Line 40

### Tax

Use one of the following methods to figure your tax. Also include in the total on line 40 any of the following taxes.

- Tax from Forms 4972 and 8814. Be sure to check the appropriate box(es).
- Tax from recapture of an education credit (see page 13). Enter the amount and "ECR" on the dotted line next to line 40.

### Tax Table or Tax Rate Schedules

You must use the Tax Table or Tax Rate Schedules to figure your tax unless:

- You are required to use Form 8615, Schedule D, or the Capital Gain Tax Worksheet on page 32, or
- You use Schedule J (for farm income).

If your taxable income is less than $100,000, you must use the Tax Table, which starts on page 57. Be sure you use the correct column. If your taxable income is $100,000 or more, use the Tax Rate Schedules on page 69.

*(Continued on page 32)*

### Deduction for Exemptions Worksheet—Line 38

*Keep for Your Records*

1. Is the amount on Form 1040, line 34, more than the amount shown on line 4 below for your filing status?
   - ☐ No. STOP Multiply $2,750 by the total number of exemptions claimed on Form 1040, line 6d, and enter the result on line 38.
   - ☐ Yes. *Continue*
2. Multiply $2,750 by the total number of exemptions claimed on Form 1040, line 6d . . . 2. 2,750
3. Enter the amount from Form 1040, line 34 . . . 3. 246,765
4. Enter the amount shown below for your filing status.
   - Single—$126,600
   - Married filing jointly or qualifying widow(er)—$189,950
   - Married filing separately—$94,975
   - Head of household—$158,300

   . . . 4. 126,600
5. Subtract line 4 from line 3 . . . 5. 120,165

   **Note.** If line 5 is more than: $122,500 if single, married filing jointly, head of household, or qualifying widow(er); $61,250 if married filing separately, stop here. You cannot take a deduction for exemptions. Enter -0- on Form 1040, line 38.
6. Divide line 5 by: $2,500 if single, married filing jointly, head of household, or qualifying widow(er); $1,250 if married filing separately. If the result is not a whole number, increase it to the next higher whole number (for example, increase 0.0004 to 1) . . . 6. 49
7. Multiply line 6 by 2% (.02) and enter the result as a decimal amount . . . 7. .98
8. Multiply line 2 by line 7 . . . 8. 2,695
9. **Deduction for exemptions.** Subtract line 8 from line 2. Enter the result here and on Form 1040, line 38 9. 55



*Need more information or forms? See page 7.*

Timothy W. Holt 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

• Certain losses on nonfederally insured deposits in an insolvent or bankrupt financial institution. For details, including limits that apply, see Pub. 529.

• Casualty and theft losses from property used in performing services as an employee from Form 4684, lines 32 and 38b, or Form 4797, line 18b(1).

• Deduction for repayment of amounts under a claim of right if $3,000 or less.

## Other Miscellaneous Deductions

### Line 27

Only the expenses listed next can be deducted on this line. List the type and amount of each expense on the dotted lines next to line 27. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 27.

• Gambling losses, but only to the extent of gambling winnings reported on Form 1040, line 21.

• Casualty and theft losses from income-producing property from Form 4684, lines 32 and 38b, or Form 4797, line 18b(1).

• Federal estate tax on income in respect of a decedent.

• Amortizable bond premium on bonds acquired before October 23, 1986.

• Deduction for repayment of amounts under a claim of right if over $3,000. See Pub. 525 for details.

• Certain unrecovered investment in a pension.

• Impairment-related work expenses of a disabled person.

For more details, see Pub. 529.

## Total Itemized Deductions

### Line 28

Use the worksheet below to figure the amount to enter on line 28 if the amount on Form 1040, line 34, is over $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately.

**Itemized Deductions Worksheet—Line 28** *Keep for Your Records*

1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 . . . . . 1. 250,315
2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling and casualty or theft losses included on line 27 . . . . . 2. 0

CAUTION: Be sure your total gambling and casualty or theft losses are clearly identified on the dotted line next to line 27.

3. Is the amount on line 2 less than the amount on line 1?
   - ☐ No. STOP Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28.
   - ☐ Yes. Subtract line 2 from line 1 . . . . . 3. 250,315
4. Multiply line 3 above by 80% (.80) . . . . . 4. 200,252
5. Enter the amount from Form 1040, line 34 . . . . . 5. 246,765
6. Enter: $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately . . . . . 6. 126,600
7. Is the amount on line 6 less than the amount on line 5?
   - ☐ No. STOP Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28.
   - ☐ Yes. Subtract line 6 from line 5 . . . . . 7. 120,165
8. Multiply line 7 above by 3% (.03) . . . . . 8. 3,605
9. Enter the smaller of line 4 or line 8 . . . . . 9. 3,605
10. **Total itemized deductions.** Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28. . . . . . 10. 246,710

CERTIFICATE OF SERVICE

United States of America

I hereby affirm that a copy of the foregoing was caused to be served by delivering a copy of the same by a method requiring a signature, postage paid and properly addressed to the following parties:

Ms. Mildred Siedman
U.S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26, Ben Franklin Station
Washington, DC 20044-0026

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Mailed on April 13, 2004.

Richard Fuselier

Docket No. 04-485T

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: JUDGE Braden
FROM: CLERK'S OFFICE

The attached was received on 4-14-04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ✓ Not signed by the ~~attorney of record~~ Plaintiff [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ______________________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ____ ______________________________

Debbie
Deputy Clerk