ORIGINAL

# In the United States Court of Federal Claims

No. 04-485T
Filed: June 9, 2004
**Not For Publication**

FILED
JUN 9 2004
U.S. COURT OF
FEDERAL CLAIMS

**************************************
TIMOTHY W. HOLT, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
**************************************

## MEMORANDUM OPINION AND ORDER

**BRADEN,** ***Judge***

In this case a non-attorney, Richard Fuselier, has sought to represent clients in a tax refund matter filed in the United States Court of Federal Claims, claiming status as an "attorney-in-fact."[1] The Rules of the United States Court of Federal Claims permit pleadings to be filed only if signed by a party acting *pro se* or by an attorney of record admitted to the bar of this court. *See* RCFC 11(a) ("an unsigned paper shall be stricken unless the omission is corrected promptly after being called to the attention of the attorney or party"). No pleadings filed in this case have been signed by Mr. Holt. For this reason, an order was entered May 20, 2004 granting plaintiff leave to file an amended complaint by June 30, 2004 that stated the nature of any claim clearly and concisely and that was signed by the plaintiff in fact, as a *pro se*, or by an attorney of record.

---

[1] This case is related to *Fuselier* v. *United States,* Fed. Cl. Nos. 03-1750T, 03-1988T, 04-0008T, all of which have been dismissed because Mr. Fuselier, a non-attorney, named himself as plaintiff, but sought refunds for his customers. In addition, other cases, captioned *Ortt* v. *United States*, Fed. Cl. Nos. 03-1625T, 03-1755T, 03-1759T, 03-1818T, 03-1868T, 03-1945T, 03-2514T, also have been dismissed because Mr. Fuselier's business associate, Mr. Ortt, filed cases naming himself as plaintiff. In addition, to date, Mr. Fuselier also has filed at least four other cases under the names of plaintiffs whom he seeks to represent as an "attorney-in-fact." *See Barnwell* v. *United States*, Fed. Cl. No. 04-555T (pending), *Martinez* v. *United States*, Fed. Cl. No. 04-576T (dismissed without prejudice on April 19, 2004), *Looney* v. *United States*, Fed. Cl. No. 04-605 (dismissed for failure to state a claim on May 4, 2004), and *Vories* v. *United States*, Fed. Cl. No. 04-606T (complaint stricken from record on April 28, 2004 due to failure of attorney appearance).

#8

In response, Mr. Fuselier has submitted a "Notice of Dismissal." The court will allow the case to be dismissed, without prejudice. All of Mr. Fuselier's submissions will be filed by leave of the court. The Clerk of Court is ordered to dismiss the complaint pursuant to RCFC 41(a)(2).

**IT IS SO ORDERED.**

SUSAN G. BRADEN
Judge