ORIGINAL

# In the United States Court of Federal Claims

No. 04-485 T

FILED
JUN 9 2004
U.S. COURT OF FEDERAL CLAIMS

**TIMOTHY W. HOLT,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Order, filed June 9, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, pursuant to RCFC 41(a)(2).

Brian Bishop
Clerk of Court

**June 9, 2004**

By: *[signature]*

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $255.00.

#9