ORIGINAL

FILED
JUN 9 2004
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 04-485T

JUDGE SUSAN G. BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

AMENDED MOTION FOR LEAVE TO FILE PRO HAC VICE

The authority for this motion is RCFC 83(a) and in support the court is shown the following:

Rule 83(a) authorizes the court to grant leave to proceed pro hac vice based on the condition precedent that the party is admitted to practice before the court of any territory:

> "....provided that any attorney admitted to practice before the highest court of any... territory..."

And the procedure to be used is found in this section:

> "...or otherwise with approval of the court."

The plaintiff intends to use the law of the several states authorized by RCFC 83(b). In support the court is shown the following in support of this relief:

The mover is moving for leave to file as counsel on behalf of plaintiff(s). The procedural authority is founded on Title 28 U.S.C. § 1654 is as follows:

> "In all courts of the United States the parties may plead and conduct their own cases...by counsel."

RCFC 83(b) relief is based on the fact there is no controlling law to litigate the issues of a "counsel", "territory", "the several states", "commonwealth" and "jurisdictional immunity".

10

The court is authorized by Rule 83(b) to regulate practice consistent with federal law or rules adopted under 28 U.S.C. §§ 2072 and 2053(b). Title 28 U.S.C. § 2072(b) prohibits the rules of the courts of the United States from abridging any substantive right:

"Such rules shall not abridge, enlarge or modify any substantive right."

The substantive right claimed herein to use foreign law and the relief is founded in Title 48 U.S.C. § 1493:

"The prosecution in a ...Commonwealth is authorized - unless precluded by local law - to seek ...other suitable relief in the appropriate local...court.."

Title 28 U.S.C. § 2503(b) further stipulates that the court rules shall be in conformance to the Federal Rules of Evidence:

"The proceedings...shall be...in accordance with the Federal Rules of Evidence."

Federal Rule of Evidence 302 states the following:

"In all civil actions and proceedings, the effect of a presumption respecting a fact which is an element of a claim or defense as to which State law supplies the rule of decision is determined in accordance with State law."

Federal Rule of Evidence 301 addresses the presumption of jurisdiction over the person based on citizenship:

"In all civil actions and proceedings not otherwise provided by Act of Congress or these rules, a presumption imposes on the party against whom it is directed the burden of going forward with evidence to rebut or meet the presumption..."

The procedure for a claim for full faith and credit of the laws of the several states is founded on Title 28 U.S.C. § 1652:

"The laws of the several states...shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply."

The procedural law for evidence for full faith and credit for this determination is founded on Title 28 U.S.C. §1738:

> "...judicial proceedings...shall have the same full faith and credit in every court within the United States and its territories....as they have by law and usage in the courts of such State,...."

The Federal Rule of Evidence for Foreign Public Documents is founded upon Rule 902(3):

> "...or attestation, and accompanied by a final certification as to the genuineness of the signature and official position (A) of the executing or attesting person..."

The evidence of the laws of the several states is hereto attached as laws of the state of the Commonwealth of the United States of America , adopted herein by reference.

The certified judgements can also be found in the collateral refund claim pending with the Commissioner of Internal Revenue.

Wherefore the plaintiff moves for leave to file as counsel in the attached instant cause.

Executed on this 19th day of May, 2004.

Richard Fuselier, Counsel
304 LaRue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9094
Fax 337 857-9096

# Common Law Court of the United States of America

## Certification

Case No: 05-0504- 1 HC

Date: May 18, 2004

Common Plea Proceeding: Richard Fuselier, Charles Looney, Et al.
vs
United States
Ref: Return on Petition
Timothy W. Holt

It is hereby certified that the attached is a true reproduction of the return on file in the above referenced number, that a traverse does not exist on this date and that under the laws of the several states of the United States of America the issue is tried by implied consent if not traversed at common plea.

Dick Allen: [signature]
Office of the Clerk: Common Law Court of the United States of America
PMB 69
3527 Ambassador Caffery
Lafayette, La. 70503

United States of America

I hereby affirm that I am the Clerk of Court for the Common Law Court of the United States of America, the custodian of these documents and I am authorized by law to be the party responsible to prepare and certify these records.

Executed on this 18th day of May, 2004,

[signature]
Dick Allen

Seal of Court

# Common Law Court United States of America

Case No. 05-0504-1HC

Justice J.N. Howard

Richard Fuselier, Charles Looney, Et al., Petitioners

vs.

United States, Respondent

## AMENDED RETURN

Pending before the court is a habeas corpus application for declaratory relief on the laws of the United States of America. The following are the declaratory relief issues in support of the alternative demand for a jury trial and to overcome existing presumptions of law:

The laws of the several states of the United States of America are:

### PRESUMPTION OF UNITED STATES CITIZENSHIP

The United States of America is the organic commonwealth organized by the people of the thirteen states which declared their independence from Great Britain on the fourth day of July, 1776. The United States of America is located within the territory of the area governed by the United States. This republic has been dormant until recently activated by the people who were former citizens of the United States. The common law court was resurrected under authority of the Ninth Amendment to the Constitution of the United States of America The jurisdiction of the Common Law Court of the United States of America is called "common law". The jurisdiction of the courts is founded on citizenship. Citizenship in the United States of America is acquired by a legal proceeding which abrogates United States citizenship under the provisions of Title 28 U.S.C. § 1491(a)(1). The United States of America is foreign to the United States. The United States of America is a foreign state in United States law. The laws of the United States of America are called the "laws of the several states".

The United States of America has one supreme court. The right to trial by jury as declared by the Seventh Amendment to said Constitution is the final adjudication at common plea.

A territory of the United States is defined as a part of the country separated from the rest and subject to a particular jurisdiction. The territory of the United States of America is subject to the jurisdiction called common law.

Richard Fuselier was a former citizen of the United States. Richard Fuselier, by his own application, has acquired a domicile in the United States of America by obtaining naturalization by a legal proceeding in the Common Law Court of the United States of America.

The United States, under its present form, is the federal corporation organized by the people of the United States on the day the Constitution was approved in 1787. The United States territory includes the United States of America.

The United States of America and Richard Fuselier are jurisdictionally immune to the courts of the states and the United States. Jurisdictional immunity is founded upon the Eleventh Amendment. Jurisdictional immunity prohibits responsive pleading in collateral enforcement proceedings in the United States courts. Jurisdictional immunity commences on this date and ends when final judgment is paid. The only responses allowed in United States courts are controlled by enforcement of foreign judgement laws of the states of the United States.

## COUNSEL AT LAW

Richard Fuselier has a Constitutional right as Counsel herein. Wherefore Richard Fuselier is hereby appointed Counsel for the special purpose of prosecuting any and all tax actions related to not for profit claims on behalf of taxpayers appearing herein.

## INCOME TAXES

The federal income tax code as founded in Title 26 is an excise tax on profit. The intent of the Constitutions is to give the government the power to tax profit. The intent of the individual to not engage in for profit activity is established by an election authorized by Title 26 of the United States Code. The failure of the states of the United States and the Internal Revenue Service to allow the not for profit election is contrary to the intent of the federal income tax code and is a tort.

Liens, levies and assessments existing after a not for profit claim is made are illegal or erroneous. Money that is not profit is immune from income taxation.

The states of the United States are agents of the United States operating under the taxing authority of the United States.

The tort claim results from lack of statutory due process under the tax laws of the United States. Insufficiency of due process exists to stay the collection process during the pendency of the tax refund proceeding and the lack to due process to overcome the presumption of for profit activity.

The underlying tax refund claim is authorized by Title 26 U.S.C.§§ 6331(i) and 7422. The anti-injunction statute is not applicable as the suit is one of the exceptions authorized by Title 26 U.S.C. § 7421(a). The divisible tax claim is based on the fact that the refund includes all property including taxes for social security, medicare, self employment and others. This is a suit against the United States prosecuted by a citizen of a foreign state.

**NOTICE OF INDIRECTLY RELATED ACTIONS**

This orders issued herein shall be res judicata for all indirectly related actions noticed herein, for all administrative torts claims and in the United States Court of Federal Claims. The clerk is hereby authorized to enter this order in all indirectly related actions. Counsel is authorized to use this proceeding to file all indirectly related actions.

**ALTERNATIVE RELIEF**

In the alternative any party of interest may demand a jury trial herein. The respondents are hereby ordered to show cause why the relief petitioned for should not be granted.

I hereby declare this return to be the laws of the several states. Signed in the United States of America on this 11th day of May, in the year 2004.

Jeffrey N. Howard
Justice J.N. Howard

Filed May 11, 2004
Seal of Court

CERTIFICATE OF SERVICE

United States of America

I hereby affirm that a copy of the foregoing was caused to be served by delivering a copy of the same by a method requiring a signature, postage paid and properly addressed to the following parties:

David Gustafson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 2004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Mailed on May 19, 2004.

Richard Fuselier