ORIGINAL

ORIGINAL

FILED
JUN 9 2004
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET #: 04-485T

JUDGE SUSAN G. BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

United States of America

DISCLOSURE STATEMENT

My name is Richard Fuselier. I am over 18 years of age, of sound mind, have not been convicted of any crime or offense which would render me incompetent to testify. I have personal knowledge that the following facts are true:

1) For that there is a parent corporation named the "United States of America"; and further,

2) For that the said parent corporation is the organic commonwealth organized by the people of the thirteen states which declared their independence from Great Britain on the fourth day of July, 1776; and further,

3) For that the said parent corporation is located within the territory of the United States; and further,

4) For that the said parent corporation has been dormant until recently activated by the people who were former citizens of the United States; and further,

5) For that the said parent corporation is a state organized for the purpose of self determination; and further,

6) For that the jurisdiction of the said parent corporation is common law as litigated in the Common Law Court of the United States of America; and further,

7) For that the jurisdiction of the said parent corporation is founded on citizenship in the United States of America; and further,

8) For that the citizenship is acquired by declaring allegiance to the laws of the United

VUA 11

States of America in a domicile proceeding; and further,

9) For that Richard Fuslier has filed and completed the said domicile proceeding; and further,

10) For that the said state of the United States of America is a jural society; and further,

11) For that the Common Law Court of the United States of America is the highest court of said territory; and further,

12) For that Richard Fuselier is admitted to practice in the said highest court of the United States of America; and further,

13) For that the laws of the United States of America are called the laws of the several states; and further,

14) For that Richard Fuselier shall file a Writ of Habeas Corpus Ad Subjiciendum therein for the purpose of obtaining evidence of said facts; and further,

15) For that a second corporation was formed by Richard Fuselier under the laws of the United States of America; and further,

16) For that the said corporation is Compensation Consultants Inc.; and further,

17) For that Richard Fuselier is a principal owner of said corporation; and further,

18) For that said corporation is contracted with the plaintiff herein to make not for profit claims under the Internal Revenue laws of the United States; and further,

19) For that Richard Fuselier is Attorney in Fact and Counsel for Compensation Consultants Inc. under the laws of the United States of America; and further,

20) For that the plaintiff herein is incapable of protecting the rights of Compensation Consultants Inc. in the courts of the United States; and further,

21) For that Richard Fuselier is claiming the privilege of counsel at common law; and further,

22) For that Richard Fuselier intends to use foreign law herein to claim the right to counsel; and further,

23) For that a supplemental filing will be done under RCFC 7.1(b)(2); and further,

24) For the procedural right to make this declaration without the United States is founded on Title 28 U.S.C. § 1746(1); and further,

25) For that the authority for the statement is founded on RCFC Rule 7.1(a); and further,

26) For that the authority for the notice of intent to use Foreign Law is RCFC 44.1; and further,

27) For that Richard Fuselier is demanding a right to a trial as protected by the Seventh Amendment to the Constitution in the Common Law Court of the United States of America; and further,

28) For that this is the common law notice of lis alibi pendens as a collateral proceeding is being commenced at common plea.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of May, 2004.

Richard Fuselier, Counsel
304 La Rue France, Suite 102
Lafayette, La. 70508
Telephone 337 857-9094
Fax 337 857-9096

CERTIFICATE OF SERVICE

United States of America

I hereby affirm that a copy of the foregoing was caused to be served by delivering a copy of the same by a method requiring a signature, postage paid and properly addressed to the following parties:

David Gustafson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 2004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Mailed on May 19, 2004.

Richard Fuselier

Docket No. 04-485T

**UNITED STATES COURT OF FEDERAL CLAIMS**

RECEIVED
MAY 21 2004
CHAMBERS OF
JUDGE BRADEN

**MEMORANDUM**

TO: JUDGE Braden
FROM: CLERK'S OFFICE

The attached was received on 5-20-04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ✓ Not signed by the ~~attorney of record~~ Plaintiff [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ____ | Re: ____________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ✓ No provision in the Rules (or court order) for the filing of ~~this~~ these items - Note Rule 5(d) re: disclosures
7. ✓ Mr. Fuselier is not an atty

Debbie
Deputy Clerk