ORIGINAL

FILED
JUN 9 2004
U.S. COURT OF FEDERAL CLAIMS
by leave of the Judge

UNITED STATES COURT OF FEDERAL CLAIMS

DOCKET # 04-485 T

JUDGE BRADEN

TIMOTHY W. HOLT, Plaintiff

vs

UNITED STATES, Defendant

---

NOTICE OF DISMISSAL

The plaintiff hereby dismisses this action pursuant to RCFC 41(1) (I) as a response to the complaint or motion for summary judgement has not been filed.

Executed on this 3rd day of June, 2004.

By: ______________________

Richard Fuselier
Attorney in Fact for Timothy W. Holt
304 La Rue France, Suite 102
Lafayette, LA 70508
Tel: 337 857-9094
Fax: 337 857-9096

CERTIFICATE OF SERVICE

United States of America

I hereby affirm that a copy of the foregoing was caused to be served by delivering a copy of the same by a method requiring a signature, postage paid and properly addressed to the following parties:

David Gustafson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 2004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Mailed on June 3, 2004.

Richard Fuselier